UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL JASON PROFITT                                                         PLAINTIFF

v.                                                                       CIVIL ACTION NO. 3:09CV-622-S

HEFTY AND GLADE TRASH BAG COMPANIES                      DEFENDANT

## MEMORANDUM OPINION

Plaintiff Michael Jason Profitt filed a *pro se* complaint along with an application to proceed without prepayment of fees. On review of the application, the Court found that most of the sections were left blank and that the application was, therefore, lacking information needed to determine whether Plaintiff meets the requirements for *in forma pauperis* status. Consequently, by Order entered November 20, 2009, the Court directed Plaintiff to file a fully completed application to proceed without prepayment of fees. The Court warned Plaintiff that his failure to comply with the Order within 30 days would result in dismissal of the action.

Well over thirty days have passed, and Plaintiff has not complied with the Order or shown cause for said failure. Therefore, the instant action will be dismissed, by separate Order, for failure to prosecute and to comply with a prior Order of this Court.

Date:

cc:      Plaintiff, *pro se*
4411.005